UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE WENNER AND GRANT
WENNER, husband and wife
4083 Robert Road
Emmaus, PA 18049
; AND CHRISTOPHER SNYDER,

     and

JUDITH SNYDER AND RICHARD
SNYDER, husband and wife
1915 East Tremont Street
Allentown, PA 18109

     and

CHRISTOPHER SNYDER
1915 East Tremont Street
Allentown, PA 18109

     Plaintiffs,

     v.

THOMAS C. RIEBEL
R.D. 2 Box 655
Selbyville, DE 19970

     Defendant.

JURY TRIAL DEMANDED

No. 05-589

## DEFENDANT'S ANSWER

### I.  PARTIES

    1.  Admitted upon information and belief.

    2.  Admitted upon information and belief.

    3.  Admitted upon information and belief.

    4.  Admitted that defendant Thomas C. Riebel is an adult individual residing

in the State of Delaware who can be reached through the undersigned attorney.

## II.    JURISDICTION AND VENUE

5.    Admitted that plaintiffs were citizens of the Commonwealth of Pennsylvania and defendant was a citizen of the State of Delaware. Defendant is without sufficient information to confirm or deny the balance of this averment and strict proof shall be required.

6.    Admitted that the incident took place in the State of Delaware and that defendant resides in Delaware. Defendant is without sufficient information to confirm or deny the balance of this averment and strict proof shall be required.

## III.    STATEMENT OF CLAIM

7.    Admitted that a collision took place between plaintiff's and defendant's vehicles on the date stated and at the location stated. The balance of this averment is denied as is any inference of defendant's liability.

8    Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

9.    Admitted.

10.    Denied.

11.    Denied.

### COUNT I

### STEPHANIE WENNER v. THOMAS C. RIEBEL

12.    Answers to paragraphs 1 through 11 are incorporated herein by reference.

13.    Denied as to each and every subpart.

14.    Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

15.     Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

16.     Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

17.     Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

18.     Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

19.     Denied.

WHEREFORE, answering defendant demands that judgment be entered in his favor and against plaintiff Stephanie Wenner.

## COUNT II

### STEPHANIE WENNER v. THOMAS C. RIEBEL

20.     Answers to paragraphs 1 through 19 are incorporated herein by reference.

21.     Denied.

WHEREFORE, answering defendant demands that judgment be entered in his favor and against plaintiff Grant Wenner.

## COUNT III

### JUDITH SNYDER v. THOMAS C. RIEBEL

22.     Answers to paragraphs 1 through 11 are incorporated herein by reference.

23.     Denied.

24.     Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

25.    Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required

26.    Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

27.    Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

28.    Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

29.    Denied.

WHEREFORE, answering defendant demands that judgment be entered in his favor and against plaintiff Judith Snyder.

## COUNT IV

### RICHARD SNYDER v. THOMAS C. RIEBEL

30.    Answers to paragraphs 1 through 29 are incorporated herein by reference

31.    Denied.

WHEREFORE, answering defendant demands that judgment be entered in his favor and against plaintiff Richard Snyder.

## COUNT V

### CHRISTOPHER SNYDER v. THOMAS C. RIEBEL

32.    Answers to paragraphs 1 through 31 are incorporated herein by reference.

33.    Denied.

34.    Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

35. Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

36. Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

37. Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

38. Defendant is without sufficient information to confirm or deny this averment and strict proof shall be required.

39. Denied.

WHEREFORE, answering defendant demands that judgment be entered in his favor and against plaintiff Christopher Snyder.

### FIRST AFFIRMATIVE DEFENSE

40. Plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

41. Plaintiffs' injuries, if any, were not proximately caused by answering defendant.

### THIRD AFFIRMATIVE DEFENSE

42. Plaintiff's claims are barred and/or limited by plaintiff's own comparative negligence.

WHEREFORE, answering defendant demands that judgment be entered in his favor and against the plaintiffs.

/s/ Gary W. Alderson
Gary W. Alderson, Esquire
The Law Office of Dawn L. Becker
919 Market Street, Suite 725
Wilmington, DE 19801
(302) 778-5784
Attorney for Defendant Thomas Riebel

DATE: