%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

STEPHANIE WENNER AND GRANT WENNER;
JUDITH SNYDER AND RICHARD SNYDER;
AND CHRISTOPHER SNYDER
    PLAINTIFFS,
        V.

**SUMMONS IN A CIVIL CASE**

THOMAS C. RIEBEL,

    DEFENDANT.

CASE NUMBER: 05-589

TO: (Name and address of Defendant)

    Thomas C. Riebel
    R.D. 2, Box 655
    Selbyville, Delaware   19170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Paul J. Dougherty III
    Gebhardt & Smith LLP
    901 Market Street
    Suite 451
    Wilmington, Delaware   19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                    8/16/05

CLERK                                                              DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-13-05 @ 2:15 PM |
| NAME OF SERVER (PRINT) THOMAS WEAVER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 100 BLOCK OF ATLANTIC AVENUE BETHANY BEACH, DELAWARE WHERE DEF. WAS READING METERS.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-13-05         *Thomas A. Weaver*
              Date                Signature of Server

Information Retrieval Services
P.O. BOX 253
GEORGETOWN, DE 19947

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.