UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE WENNER AND GRANT
WENNER, husband and wife
4083 Robert Road
Emmaus, PA 18049

    and

JUDITH SNYDER AND RICHARD
SNYDER, husband and wife
1915 East Tremont Street
Allentown, PA 18109

    and

CHRISTOPHER SNYDER
1915 East Tremont Street
Allentown, PA 18109

    Plaintiffs,

    v.

THOMAS C. RIEBEL
R.D. 2 Box 655
Selbyville, DE 19970

    Defendant.

JURY TRIAL DEMANDED

No. 05-589

## NOTICE OF SERVICE

I, Dawn L. Becker, Esquire, hereby certify that a copy of Defendant's First Set of Interrogatories Directed to Plaintiffs and Defendant's First Request for Production of documents was sent by U.S. Mail, Postage Prepaid to the following:

Susan Ellis Wild, Esquire
Gross McGinley LaBarre & Eaton LLP
33 South Seventh Street, P.O. Box 4060
Allentown, PA 18105

Dawn L. Becker, Esquire
The Law Office of Dawn L. Becker
Citizens Bank Center
919 Citizens Bank Center, Suite 725
Wilmington, DE 19801
(302) 778-5786
Attorney for Defendant Thomas Riebel

DATE: December 01, 2005

## CERTIFICATE OF SERVICE

I, Dawn L. Becker, Esquire, hereby certify that a true and correct copy of Interrogatories

Directed to the Plaintiff and Request for Production of documents was served U S. postage

prepaid, on December 01, 2005 upon the following:

Susan Ellis Wild, Esquire
Gross McGinley LaBarre & Eaton LLP
33 South Seventh Street, P.O. Box 4060
Allentown, PA 18105

Dawn L. Becker, Esquire