## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE WENNER and GRANT WENNER, husband and wife<br>4083 Robert Road<br>Emmaus, PA 18049 | )<br>)<br>)<br>) |
| and | )   JURY TRIAL DEMANDED |
| JUDITH SNYDER and RICHARD SNYDER, husband and wife<br>1915 East Tremont Street<br>Allentown, PA 18109 | )<br>)<br>)<br>)   NO: 05-589 (GMS) |
| and | ) |
| CHRISTOPHER SNYDER,<br>1915 East Tremont Street<br>Allentown, PA 18109<br>              Plaintiffs | )<br>)<br>)<br>) |
| -v- | ) |
| THOMAS C. RIEBEL<br>R.D. 2, Box 655<br>Selbyville, DE  19170<br>              Defendant | )<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Susan Ellis Wild to represent plaintiffs, Stephanie Wenner, et al., in this matter.

                                                    */s/  Paul J. Dougherty III*
                                                    Gebhardt & Smith LLP
                                                    901 Market Street, Suite 451
                                                    Wilmington, DE  19801
                                                    302-656-9002
                                                    302-429-5953
                                                    pdoug@gebsmith.com

                                                    *Attorney for Plaintiffs*

Dated: December 12, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvnania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Susan Ellis Wild, Esquire
Gross McGinley LaBarre & Eaton, LLP
33 South Seventh Street
Allentown, PA  18105-4060
(610) 871-1320
SWild@GMLE.com