GROSS, MCGINLEY, LABARRE & EATON, LLP

ATTORNEYS AT LAW
33 SOUTH SEVENTH STREET
P.O. BOX 4060
ALLENTOWN, PENNSYLVANIA 18105-4060
———

(610) 820-5450
TELEFAX (610) 820-6006

SUSAN ELLIS WILD
E-MAIL swild@gmle.com
Direct number: (610) 871-1320

December 20, 2005

**VIA FACSIMILE @ (302) 573-6472**
The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

**RE:   Stephanie Wenner, Judith Snyder and Christopher Snyder v. Thomas C. Riebel**
**Docket No. 05-580**

Dear Judge Sleet:

I am writing to apologize to the Court for not being available for yesterday's status conference in the above matter. I was in Washington, DC to be with my mother during a surgical procedure. Although it was a minor medical matter, there were a number of administrative delays and mix-ups throughout the day, and candidly, I simply lost track of time.

I will confer with local counsel, Paul Dougherty, to ascertain the scheduling deadlines that were imposed. Again, my sincere apologies.

Respectfully,

*Susan Ellis Wild*

SUSAN ELLIS WILD

SEW/afr
cc:   Paul J. Dougherty, III, Esquire (via email)
      Gary W. Alderson, Esquire (via facsimile @ (302) 652-6471)

W:\WDOX\CLIENTS\wenners\riebelt\00113798.DOC