UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE WENNER AND GRANT WENNER; JUDITH SNYDER AND RICHARD SNYDER; AND CHRISTOPHER SNYDER, <br><br>**Plaintiff** <br><br> v. <br><br> **THOMAS C. RIEBEL,** <br><br> **Defendant** | C.A. No. 05-589 <br><br><br><br><br><br> JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION

TO:   Paul J. Dougherty III,
Gebhardt & Smith
9th Floor, The World Trade Center, 401 East Pratt Street
Baltimore, MD 21202

Susan Ellis Wild, Esquire
Gross McGinley LaBarre & Eaton LLP
33 South Seventh Street, P.O. Box 4060
Allentown, PA 18105

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Richard Snyder at 11:00 am on March 28, 2006 in the office of Dawn L. Becker, Citizens Bank Center, 919 Market Street, Suite 725, Wilmington, DE 19801.

The Law Office of Dawn L. Becker

/s/ Dawn L. Becker
Dawn L. Becker, Esquire
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801
(302) 778-5784
Attorney for Defendant Thomas Riebel

DATED: _March 08, 2006_____

## CERTIFICATE OF SERVICE

I, Dawn L. Becker, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Deposition was served U. S. postage prepaid, on March 08, 2006 upon the following:

Paul J. Dougherty III,
Gebhardt & Smith
9th Floor, The World Trade Center, 401 East Pratt Street
Baltimore, MD 21202

Susan Ellis Wild, Esquire
Gross McGinley LaBarre & Eaton LLP
33 South Seventh Street, P.O. Box 4060
Allentown, PA 18105

/s/ Dawn L. Becker
Dawn L. Becker, Esquire

cc: Joe Plummer (J392) 012980472 0101 022