## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEPHANIE WENNER AND GRANT
WENNER; JUDITH SNYDER AND
RICHARD SNYDER; AND
CHRISTOPHER SNYDER,

     **Plaintiff**

     v.

THOMAS C. RIEBEL,

     **Defendant**

**C.A. No. 05-589**

**JURY TRIAL DEMANDED**

### NOTICE OF DEPOSITION

TO:    Paul J. Dougherty III,
Gebhardt & Smith
9th Floor, The World Trade Center, 401 East Pratt Street
Baltimore, MD 21202

Susan Ellis Wild, Esquire
Gross McGinley LaBarre & Eaton LLP
33 South Seventh Street, P.O. Box 4060
Allentown, PA 18105

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of

Christopher Snyder at 3:00 pm on March 28, 2006 in the office of Dawn L. Becker, Citizens Bank

Center, 919 Market Street, Suite 725, Wilmington, DE 19801.

               The Law Office of Dawn L. Becker

               /s/ Dawn L. Becker
               Dawn L. Becker, Esquire
               The Law Office of Dawn L. Becker
               919 Market Street, Suite 725
               Wilmington, DE 19801
               (302) 778-5784
               Attorney for Defendant Thomas Riebel

DATED: _March 08, 2006_____

## CERTIFICATE OF SERVICE

I, Dawn L. Becker, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Deposition was served U. S. postage prepaid, on March 08, 2006 upon the following:

Paul J. Dougherty III,
Gebhardt & Smith
9th Floor, The World Trade Center, 401 East Pratt Street
Baltimore, MD 21202

Susan Ellis Wild, Esquire
Gross McGinley LaBarre & Eaton LLP
33 South Seventh Street, P.O. Box 4060
Allentown, PA 18105

/s/ Dawn L. Becker
Dawn L. Becker, Esquire

cc:  Joe Plummer (J392)  012980472 0101 022