LAW OFFICES

# GEBHARDT & SMITH LLP

**901 Market Street, Suite 451**

**Wilmington, Delaware 19801**

BALTIMORE:  (410) 752-583
WILMINGTON:  (302)656-9002

FACSIMILE:
(410) 385-5119

PAUL J. DOUGHERTY III
Member of the Bars of
Maryland and Delaware

(410) 385-5095
PDOUG@gebsmith.com

March 14, 2006

**VIA FEDERAL EXPRESS**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

> *Re:*    *Stephanie Wenner, et al. v. Thomas C. Riebel*
> *Case No. 05-589-GMS*

Dear Judge Sleet:

Pursuant to Section 2(a) of the Scheduling Order entered in the above-captioned matter, and counsel having concluded a teleconference with chambers, counsel for the Plaintiffs hereby respectfully request that the Court reschedule the July 24, 2006 jury trial in this matter for the purpose of conducting non-binding mediation.

Counsel for Plaintiffs and Defendant conducted a February 28, 2006 teleconference with Magistrate Thynge's chambers and learned that the earliest date when she can conduct mediation in this matter is September 19, 2006.  This date, which is otherwise agreeable to counsel and all parties, would not allow mediation to take place prior to either the trial date or the discovery deadlines set forth in the Scheduling Order.

Plaintiffs therefore respectfully ask for a new trial date convenient to the Court which is after September 19, 2006.  The parties also request that new discovery deadlines be entered which reflect the new trial date.

Yours very truly,

*/s/  Paul J. Dougherty III*
Paul J. Dougherty III

*Counsel for Plaintiffs*