March 17, 2006

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:    *Stephanie Wenner, et al. v. Thomas C. Riebel*
                *Case No. 05-589-GMS*

Dear Judge Sleet:

      Per my conversation with Your Honor's chambers this morning, it is my understanding that the request, by letter of March 14, 2006, to reschedule the July 24, 2006 jury trial in this matter for the purpose of conducting non-binding mediation has been denied, that the original trial date and existing discovery deadlines remain in place, and that alternative dispute resolution with Magistrate Thygne will not take place.

                                    Yours very truly,

                                      */s/  Paul J. Dougherty III*
                                    Paul J. Dougherty III

                                    *Counsel for Plaintiffs*