## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE WENNER and GRANT | ) | |
| WENNER, husband and wife | ) | |
| 4083 Robert Road | ) | |
| Emmaus, PA 18049 | ) | |
| | ) | |
| and | ) | JURY TRIAL DEMANDED |
| | ) | |
| JUDITH SNYDER and RICHARD | ) | |
| SNYDER, husband and wife | ) | |
| 1915 East Tremont Street | ) | |
| Allentown, PA 18109 | ) | NO: 05-CV-00589 (GMS) |
| | ) | |
| and | ) | |
| | ) | |
| CHRISTOPHER SNYDER, | ) | |
| 1915 East Tremont Street | ) | |
| Allentown, PA 18109 | ) | |
|     Plaintiffs | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| THOMAS C. RIEBEL | ) | |
| R.D. 2, Box 655 | ) | |
| Selbyville, DE 19170 | ) | |
|     Defendant | ) | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Michael G. Gallerizzo and Gebhardt & Smith LLP hereby enter their appearance as counsel for Plaintiffs Stephanie Wenner and Grant Wenner, Judith Snyder and Richard Snyder, and Christopher Snyder in the above-captioned case.

The undersigned requests that he be added to the matrix maintained by the Clerk in these cases and that all notices given or required to be given and all documents served

or required to be served in these cases be given to or served via facsimile upon the

undersigned counsel at the following respective address:

> Michael G. Gallerizzo (#4550)
> 9th Floor, The World Trade Center
> 401 East Pratt Street
> Baltimore, Maryland 21202
> 410-385-5046
> 410-385-5162 (facsimile)
> mgall@gebsmith.com

GEBHARDT & SMITH LLP

*/s/  Michael G. Gallerizzo*
Michael G. Gallerizzo (#4550)
901 Market Street, Suite 451
Wilmington, Delaware  19801
302-656-9002
302-429-5953 (facsimile)

*Counsel for Plaintiffs Stephanie Wenner and*
*Grant Wenner, Judith Snyder and Richard Snyder,*
*and Christopher Snyder*