# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE WENNER and GRANT WENNER, husband and wife<br>4083 Robert Road<br>Emmaus, PA 18049 | )<br>)<br>)<br>) |
| and | ) JURY TRIAL DEMANDED |
| JUDITH SNYDER and RICHARD SNYDER, husband and wife<br>1915 East Tremont Street<br>Allentown, PA 18109 | )<br>)<br>)<br>) NO: 05-CV-00589 (GMS) |
| and | ) |
| CHRISTOPHER SNYDER,<br>1915 East Tremont Street<br>Allentown, PA 18109<br>    Plaintiffs | )<br>)<br>)<br>) |
| -v- | ) |
| THOMAS C. RIEBEL<br>R.D. 2, Box 655<br>Selbyville, DE 19170<br>    Defendant | )<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Paul J. Dougherty III, Esquire, hereby certify that on this 31st day of March, 2006, a true and correct copy of the Notice of Appearance and Request for Service of Notices and Documents by Michael G. Gallerizzo and Gebhardt & Smith LLP was served, by first class mail, upon the following.

    **Gary W. Alderson**
    **Dawn L. Becker**
    Law Office of Dawn L. Becker
    919 Market St. Suite 725
    Wilmington, DE 19801

                                      GEBHARDT & SMITH LLP

                                      */s/ Paul J. Dougherty III*
                                      Paul J. Dougherty III (#3825)
                                      901 Market Street, Suite 451
                                      Wilmington, Delaware 19801
                                      302-656-9002