# UNITED STATES DISTRICT COURT
## FOR THE DISTRCT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE WENNER and GRANT | ) | |
| WENNER, husband and wife | ) | |
| 4083 Robert Road | ) | |
| Emmaus, PA 18049 | ) | |
| | ) | |
| and | ) | JURY TRIAL DEMANDED |
| | ) | |
| JUDITH SNYDER and RICHARD | ) | |
| SNYDER, husband and wife | ) | |
| 1915 East Tremont Street | ) | |
| Allentown, PA 18109 | ) | NO: 05-CV-00589 (GMS) |
| | ) | |
| and | ) | |
| | ) | |
| CHRISTOPHER SNYDER, | ) | |
| 1915 East Tremont Street | ) | |
| Allentown, PA 18109 | ) | |
| | ) | |
|     Plaintiffs | ) | |
| -v- | ) | |
| | ) | |
| THOMAS C. RIEBEL | ) | |
| R.D. 2, Box 655 | ) | |
| Selbyville, DE 19170 | ) | |
| | ) | |
|     Defendant | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance as counsel for Plaintiffs Stephanie Wenner and Grant Wenner, Judith Snyder and Richard Snyder, and Christopher Snyder in the above captioned case.

The undersigned requests that he be removed from the matrix maintained by the Clerk in this case and that no further notices given, or required to be given, and no further documents served, or required to be served, in these cases be given to or served upon him.

Dated: April 7, 2006                     _/s/  Paul J. Dougherty III_____
                                         Paul J. Dougherty III (#3825)
                                         Gebhardt & Smith LLP
                                         901 Market Street, Suite 451
                                         Wilmington, Delaware  19801
                                         302-656-9002
                                         302-429-5953

                                         *Counsel for Plaintiffs Stephanie Wenner and*
                                         *Grant Wenner, Judith Snyder and Richard*
                                         *Snyder and Christopher Snyder*