UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE WENNER AND GRANT WENNER, husband and wife<br>4083 Robert Road<br>Emmaus, PA 18049<br><br>and<br><br>JUDITH SNYDER AND RICHARD SNYDER, husband and wife<br>1915 East Tremont Street<br>Allentown, PA 18109<br><br>and<br><br>CHRISTOPHER SNYDER<br>1915 East Tremont Street<br>Allentown, PA 18109<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. RIEBEL<br>R.D. 2 Box 655<br>Selbyville, DE 19970<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>No. 05-589 |

### STIPULATION OF DISMISSAL

The parties, through their undersigned counsel, hereby stipulate to the dismissal, of this matter, with prejudice.

| | |
|---|---|
| /s/ Dawn L. Becker | /s/ Susan Ellis Wild |
| Dawn L. Becker, Esquire | Susan Ellis Wild, Esquire |
| Citizens Bank Center | Gross McGinley LaBarre & Eaton LLP |
| 919 Market Street, Suite 725 | 33 South Seventh Street, P.O. Box 4060 |
| Wilmington, DE 19801 | Allentown, PA 18105 |
| (302) 778-5786 | 610-820-5450 |
| Attorney for Defendant | Attorney for Plaintiffs |

SO ORDERED this _____ day of _____, 20___.

_____
JUDGE

cc:  Joe Plummer (J907)  012980472 0101 022